474 A.2d 648

Commonwealth v. Banjoman, Appellant.

Submitted November 18, 1983. David Scott Keller, for appellant; Edgar Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Cumberland County Common Pleas Court Judge Harold E. Sheely is affirmed.

LIPEZ, J., filed a dissenting memorandum.